

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EMERSON PAUL,                          ) Case No. CV 09-6782 JSL (AN)
      Petitioner,                      )
                      ) ORDER APPROVING AND ADOPTING
      v.                                ) REPORT AND RECOMMENDATION OF
                      ) UNITED STATES MAGISTRATE JUDGE
DOMINGO URIBE, JR., warden,             )
      Respondent.                      )

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the file, including the Magistrate Judge's Report and Recommendation and Petitioner's objections thereto, which Petitioner raises in and by way of his belated second motion to stay filed on October 30, 2009, *de novo*.

IT IS ORDERED that:

1.    The belated second motion to stay is denied for the same reasons set forth in the Magistrate Judge's 9/29/09 Order denying Petitioner's initial motion to stay (dkt. #2), and because it fails to satisfy the requirements of *Rhines v. Weber*, 544 U.S. 269, 277-78, 125 S. Ct. 1528 (2005). Specifically, the belated second motion fails to show good cause to stay and hold this action in abeyance because: (1) Petitioner has failed to show the proposed unexhausted claims are not plainly meritless; and (2) Petitioner has failed to show good cause for his failure to exhaust these claims earlier.

2.   The objections to the R&R are overruled.

3.   The Report and Recommendation is approved and adopted.

4.   Judgment shall be entered denying the Petition and dismissing this action without prejudice.

5.   Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: November _24, 2009   *Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

2