ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON PAUL, | ) Case No. CV 09-6782 JSL (AN) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| DOMINGO URIBE, JR., warden, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

*Spencer Letts*

Dated: November 24, 2009

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY